

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Estate of Howard Jefferson, Jr.

No. 06-18-00100-CV

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 41,896-CCL). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellants, the Jeffersons, pay all costs of this appeal.

RENDERED JULY 12, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk